FILED

08/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0323

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 24-0323

On Appeal from the Montana 14th Judicial District Court, Musselshell County,
The Honorable Randal I. Spaulding, Presiding

## MUSSELSHELL DITCH COMPANY,

*Plaintiff/Appellee,*

v.

## JD BAR D, LLC, JAMES D. HARRIS, AND JODY WACKER,

*Defendants/Appellants/Counterclaimants.*

---

### GRANT OF UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO FILE ANSWER BRIEF

---

Pursuant to the authority granted under Mont. R. App. P. 26(1), Appellee
Musselshell Ditch Company may file and serve its Answer Brief in this matter on or
before October 4, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 20 2024